NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
DANIELLE SERBIN, SBN 294369
  dserbin@gibsondunn.com
JARED GREENBERG, SBN 300400
  jgreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

PRIYAH KAUL, SBN 307956
  pkaul@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

Attorneys for Plaintiff JAMES M. JERRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES M. JERRA,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>              Defendants. | CASE NO. CV 12-01907 ODW (AGRx)<br><br>**STIPULATION REGARDING ENTRY OF JUDGMENT** |

Gibson, Dunn &
Crutcher LLP

1    IT IS HEREBY STIPULATED by and between Plaintiff James M. Jerra

2  ("Jerra"), by and through his attorneys of record, and Defendants Baltazar Magana,

3  Edwin Navato, Jorge Garcia, and Charles Grigg (collectively, "Defendants") by and

4  through their attorneys of record, as follows:

5       1.    The parties stipulate to the [Proposed] Judgment, attached hereto as

6            **Exhibit A**.

7       2.    This Stipulation does not affect either party's right to appeal and file post-

8            trial motions, including but not limited to, under Fed. R. Civ. P. 50, 59

9            and 60.

10      3.    This Stipulation does not affect Jerra's right to pursue pre- and post-

11           judgment interest and costs.

12

13  **IT IS SO STIPULATED.**

14

15  Dated: September 8, 2017

16                        NICOLA T. HANNA
                         DANIELLE SERBIN
17                        JARED GREENBERG
                         PRIYAH KAUL
18                        GIBSON, DUNN & CRUTCHER LLP

19

20                        By: */s/ Danielle Serbin*
                                    Danielle Serbin
21
22                        Attorneys for Plaintiff JAMES M. JERRA

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Dated: September 8, 2017

2

3                                    SANDRA R. BROWN
                                     Acting United States Attorney
4                                    DOROTHY A. SCHOUTEN
                                     Assistant United States Attorney
5                                    Chief, Civil Division
                                     ROBYN-MARIE LYON MONTELEONE
6                                    Assistant United States Attorney
                                     Chief, General Civil Division
7                                    KEITH STAUB
                                     GARRETT COYLE
8

9
                                     By:  /s/ Keith Staub
10                                                   Keith Staub

11                                   ATTORNEYS FOR FEDERAL
                                     DEFENDANTS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1   **<u>SIGNATURE ATTESTATION</u>**

2        I hereby attest that all other signatories listed, and on whose behalf the filing is

3   submitted, concur in the filing's content and have authorized the filing.

4

5   Dated: September 8, 2017

6

7                                                  By: *<u>/s/ Danielle Serbin</u>*

8                                                          Danielle Serbin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28