UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES M. JERRA,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>              Defendants. | CASE NO. CV 12-01907 ODW (AGRx)<br><br>**[PROPOSED] STIPULATED JUDGMENT** |

This Court has reviewed the Parties' Stipulation Regarding Entry of Judgment (the "Stipulation"). The Stipulation is hereby approved.

1. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiff James M. Jerra ("Jerra") and against Defendant Baltazar Magana in the sum of $20,000 in compensatory damages with respect to the Sixth Cause of Action (the First Amendment Claim) (ECF No. 138, at 36); the sum of $470,000 in compensatory damages with respect to the First Cause of Action (the Eighth Amendment Claim) (ECF No. 138, at 32-34); and the sum of $5,000 in punitive damages with respect to the First Cause of Action (the Eighth Amendment Claim) (ECF No. 138, at 32-34).

2. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Jerra and against Defendant Edwin Navato in the sum of $10,000 in compensatory damages with respect to the Sixth Cause of Action (the First Amendment Claim) (ECF No. 138, at 36).

3. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Charles Grigg with respect to the Sixth Cause of Action (the First Amendment Claim) (ECF No. 138 at 36).

4. This Judgment does not affect either party's right to appeal and file post-trial motions, including but not limited to, under Fed. R. Civ. P. 50, 59 and 60.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. This Judgment does not affect Jerra's right to pursue pre- and post-judgment interest and costs for each of the sums shown in the preceding paragraphs.

Dated: _____

 

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE