CASE CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES M. JERRA,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>              Defendants. | CASE NO. CV 12-01907 ODW (AGRx)<br><br>[~~PROPOSED~~] **STIPULATED AMENDED JUDGMENT** |

This Court has reviewed the Parties' Stipulation Regarding Entry of Amended Judgment (the "Stipulation"). The Stipulation is hereby approved.

1. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiff James M. Jerra ("Jerra") and against Defendant Baltazar Magana in the sum of $22,457.53 in compensatory damages with respect to the Sixth Cause of Action (the First Amendment Claim) (*See* ECF No. 138, at 36; ECF No. 307 at 8; ECF No. 333 at 36); the sum of $507,977.77 in compensatory damages with respect to the First Cause of Action (the Eighth Amendment Claim) (*See* ECF No. 138, at 32-34; ECF No. 307 at 8; ECF No. 333 at 25, 36); and the sum of $5,000 in punitive damages with respect to the First Cause of Action (the Eighth Amendment Claim) (*See* ECF No. 138, at 32-34).

2. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Jerra and against Defendant Edwin Navato in the sum of $11,212.83 in compensatory damages with respect to the Sixth Cause of Action (the First Amendment Claim) (*See* ECF No. 138, at 36; ECF No. 307 at 8; ECF No. 333 at 36).

3. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Charles Grigg with respect to the Sixth Cause of Action (the First Amendment Claim) (*See* ECF No. 138 at 36).

4. IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Jorge Garcia with respect to the Sixth Cause of Action (the First Amendment Claim) (See ECF No. 138 at 36).

5. IT IS ORDERED, ADJUDGED AND DECREED that the judgment entered by this Court on September 26, 2017 (ECF No. 302) shall hereafter be amended to include post-judgment interest on the total $546,648.13 *Bivens* verdict, in an amount to be determined, at an interest

rate of 1.31%. (*See* ECF No. 33 at 26.) The interest will accrue from September 26, 2017 to the date Defendants provide payment.

6. IT IS ORDERED, ADJUDGED AND DECREED that the Stipulation for Amended Judgment does not affect any Defendant's right to appeal this judgment.

Dated: April 13, 2018

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE